**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE BERGMAN, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　　v.<br>FIDELITY NATIONAL FINANCIAL, INC.; and DOES 1–10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:12-cv-05994-ODW(MANx)<br><br>**ORDER CONVERTING DEFENDANTS' MOTION TO DISMISS INTO A MOTION FOR SUMMARY JUDGMENT [35]** |

After careful consideration, the Court hereby **CONVERTS** Defendant's Motion to Dismiss Plaintiff's First Amended Complaint into a motion for summary judgment under Federal Rule of Civil Procedure 12(d).

For the purposes of the converted motion, the Court is solely interested in facts and evidence regarding whether Plaintiff took out the loan at issue primarily for residential purposes or primarily for commercial or business purposes.[1]  *See* 12 U.S.C. § 2606(a)(1).  The parties may submit additional evidence and further brief the Court—but are limited to a five-page brief, with declarations and exhibits if necessary—no later than November 19, 2012.  The parties need not repeat arguments already submitted in their moving and opposition papers.

---

[1] Should the Court find genuine issues of material fact on this issue, the Court will proceed to consider the remainder of Defendant's Motion as a motion to dismiss.

Further, the November 19 hearing on Defendant's Motion is hereby **VACATED**. No appearances are necessary unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

November 7, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**