Previously
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PENELOPE BERGMAN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY NATIONAL FINANCIAL, INC., AND DOES 1-100,<br><br>Defendants. | Case No. CV12-05994-ODW(RZx)<br><br>Judge Otis D. Wright II<br><br>**JUDGMENT** |

In its December 3, 2012 Order Granting Converted Motion for Summary Judgment [35, 56] (Dkt. No. 61) (the "Order"), this Court granted Defendant Fidelity National Financial, Inc.'s converted motion for summary judgment against Plaintiff Penelope Bergman.

**IT IS THEREFORE ORDERED** that final judgment is hereby entered as follows:

/ / /

/ / /

/ / /

/ / /

CV12-05994ODW

JUDGMENT

1 | This Court adopts and incorporates by reference the findings of fact and
2 | conclusions of law set forth in the Order. Judgment is hereby entered in favor of
3 | Defendant Fidelity National Financial, Inc. and against Plaintiff Penelope
4 | Bergman.

6 | Date: December 6, 2012   _____
7 |                          JUDGE OTIS D. WRIGHT, II