Previously
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PENELOPE BERGMAN, on Behalf of Herself and All Others Similarly Situated, | Case No. CV12-05994-ODW(RZx) |
| | Judge Otis D. Wright II |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| FIDELITY NATIONAL FINANCIAL, INC., AND DOES 1-100, | |
| Defendants. | |

In its December 3, 2012 Order Granting Converted Motion for Summary Judgment [35, 56] (Dkt. No. 61) (the "Order"), this Court granted Defendant Fidelity National Financial, Inc.'s converted motion for summary judgment against Plaintiff Penelope Bergman.

**IT IS THEREFORE ORDERED** that final judgment is hereby entered as follows:

/ / /

/ / /

/ / /

/ / /

1  This Court adopts and incorporates by reference the findings of fact and
2  conclusions of law set forth in the Order.  Judgment is hereby entered in favor of
3  Defendant Fidelity National Financial, Inc. and against Plaintiff Penelope
4  Bergman.

6  Date: December 6, 2012              _____
7                                                              JUDGE OTIS D. WRIGHT, II